Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:	619/758-1891
Fax:	619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, an individual on behalf of himself, <br><br>   Plaintiff, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br>   Defendant. | Case No.  08 CV 1815-WQH-BLM <br><br> NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

Dated: 2/20/09                                HYDE & SWIGART

                                             /s/Joshua B. Swigart
                                             Joshua B. Swigart
                                             Attorney for Plaintiff,
                                             Kevin Lemieux

Notice of Settlement

1

1  Dated: 2/20/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

2                                    /s/ Debbie P. Kirkpatrick
                                     Debbie P. Kirkpatrick
3                                    Attorney for Defendant
4                                    NCO Financial Systems, Inc.